IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACKSON HOSPITAL AND CLINIC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CAROL R. BARRETT, ) | CASE NO. 2:05CV444-B |
| ) | |
| Defendant/Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| U.S. FOOD SERVICE, INC., et al., ) | |
| ) | |
| Third-Party Defendant. ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Third-Party Defendant hereby petitions this Court for removal of this action from the Circuit Court of Montgomery County, Alabama, where it is now pending as Civil Action No. CV2005-470, to the United States District Court, Middle District of Alabama, Northern Division. As grounds for this removal, Third-Party Defendant would show as follows:

1. On or about February 22, 2005, Plaintiff, Jackson Hospital and Clinic, initiated this action by the filing of a Summons and Complaint in Civil Action No. CV2005-470 in the Circuit Court of Montgomery County, Alabama. Subsequently, on or about April 6, 2005, the Defendant/Third-Party Plaintiff, filed a Summons and Third-Party Complaint against U.S. Foodservice, Inc., Third-Party Defendant.

2. The initial pleadings setting forth the Third-Party Plaintiff's claims for relief were received by this Third-Party Defendant on or about April 20, 2005. No further pleadings on behalf

of the Third-Party Plaintiff have been served or filed as of the date of this notice. Third-Party Defendant, on the other hand, has filed a Notice of Removal and Answer (filed in the United States District Court, Middle District of Alabama, Northern Division).

3. The Third-Party Plaintiff, Carol R. Barrett, has stated a claim against Third-Party Defendant, U.S. Foodservice, Inc., for benefits under an employee benefit plan governed by 29 U.S.C. §§ 1001-1002 (also known as ERISA). The Third-Party Plaintiff's contract and tort claims alleged against the Third-Party Defendant are defensively preempted by provisions of the Employment Retirement Income Security Act (ERISA).

4. The Third-Party Plaintiff, in her Third-Party Complaint, demands judgment against the Third-Party Defendant as to Counts I and II "for all compensatory and punitive damages recoverable at law, in an amount to be determined by a struck jury, said amount in excess of $10,000 plus interest and costs." As to Count III of Third-Party Plaintiff's Complaint, judgment is demanded "in an amount equal to any amount Plaintiff Jackson Hospital may recover from Barrett plus interest and costs, and reimbursement for her attorney fees and expenses incurred in this action." A copy of the Summons and Plaintiff's Third-Party Complaint are attached hereto as Exhibit "A."

5. Third-Party Plaintiff is, upon information and belief, a resident and citizen of Elmore County, Alabama.

6. Third-Party Defendant, U.S. Food Service, Inc., is a foreign corporation, incorporated in the State of Delaware, with its principal place of business in the State of Maryland, doing business in the State of Alabama, Montgomery County.

7. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal has been filed within thirty (30) days after the service of the summons on the Third-Party Defendant.

8. This Court has original jurisdiction pursuant to 28 U.S.C. § 1441(a) because the claims

raised by Third-Party Plaintiff are governed by ERISA. See, <u>Jones v. LMR International, Inc.</u>, 2005 WL 1006044 (M.D. Ala.) and the authorities cited therein. Third-Party Plaintiff alleges that U.S. Foodservice, Inc. failed to follow the requirements of ERISA.

9. Venue is proper in this Court under 28 U.S.C. § 1441(a), 29 U.S.C. §§ 1001-1002. because this District embraces the place where the removed action has been pending.

10. A true and correct copy of Third-Party Defendant's Notice of Removal and Petition of Removal is being filed with the Clerk of the Circuit Court of Montgomery County, Alabama and is being served on the Third-Party Plaintiff through her counsel as required by law. Copies of the aforementioned pleadings are also being served on the Plaintiff through their counsel of record.

**WHEREFORE, PREMISES CONSIDERED,** the Third-Party Defendant, U.S. Foodservice, Inc., respectfully requests that this Honorable Court make any and all necessary Orders to effect the removal of this cause of action from the Circuit Court of Montgomery County, Alabama to the United States District Court for the Middle District of Alabama, Northern Division.

SMITH, SPIRES & PEDDY, P.C.
2015 SECOND AVENUE NORTH
SUITE 200
BIRMINGHAM, ALABAMA 35203
(205) 251-5885
(205) 251-8642

_____
Bryan Scott Tyra      TYRAB3992
Bar ID: TYR005
Attorney for Third-Party Defendant

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a true and correct copy of the above and foregoing upon the following counsel of record by placing a copy of same in the United States mail, postage prepaid and properly addressed on this the 12 day of May, 2005.

Stephen S. Weldon
Scarbrough & Weldon, LLC
P.O. Box 780452
100 Executive Park Drive
Tallassee, Alabama 36078

Mark N. Chambless
Chambless, Math, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759

_____
Of Counsel