IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACKSON HOSPITAL AND CLINIC, | ) |
| Plaintiff, | ) |
| v. | ) 2:05-CV-0444-B |
| CAROL R. BARRETT, | ) |
| Defendant/Third-Party Plaintiff, | ) |
| v. | ) |
| U.S. FOOD SERVICE, INC., et al., | ) |
| Third-Party Defendant. | ) |

*RECEIVED 2005 JUN -6 A 10: 31 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA*

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

6-2-05
Date

[signature]
Signature

U.S. FOODSERVICE, INC.
Counsel For (**print** name of all parties)

2015 2nd Aven. #200 Birmingham AL 35203
Address, City, State, Zip Code

205-251-5885
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY. PLEASE MAIL IT TO:**

Clerk, U.S. District Court
P. O. Box 711
Montgomery, AL 36101