IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACKSON HOSPITAL AND CLINIC )<br>    PLAINTIFF, )<br> )<br>v. )<br> )<br>CAROL R. BARRETT )<br>    DEFENDANT/THIRD-PARTY PLAINTIFF, )<br> )<br>v. )<br> )<br>U.S. FOOD SERVICE, INC., et al )<br>    THIRD-PARTY DEFENDANT. ) | 2:05-CV-0444-B |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. §636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirms in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

6-10-05
Date

[Signature]
Signature

Carol R. Barrett
Counsel For (print name of all parties)

P.O. Box 780452, Tallassee AL 36078
Address, City, State, Zip Code

(334) 283-2893
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY. PLEASE MAIL TO:**

Clerk, U.S. District Court
P.O. Box 711
Montgomery, AL 36101