**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **JACKSON HOSPITAL AND CLINIC,** )<br>)<br>     **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**CAROL R. BARRETT,** )<br>)<br>     **Defendant/Third-Party Plaintiff,** )<br>)<br>**v.** )<br>)<br>**U.S. FOOD SERVICE, INC., et al.,** )<br>)<br>     **Third-Party Defendant.** ) | **CASE NO. CV05-00444 DRB** |

**REPORT OF PARTIES' PLANNING MEETING**

    1.    Pursuant to Fed.R.Civ.P. 26(f), a meeting was held by telephone on June 17, 2005, and attended by:

        Mark N. Chambless, for plaintiff, Jackson Hospital and Clinic
        Stephen S. Weldon for defendant/third-party plaintiff, Carol R. Barrett
        Bryan Scott Tyra for third-party defendant, U.S. FoodService, Inc.

    The parties do not request a conference with the court before entry of the scheduling order.

    2.    Pre-Discovery Disclosures. The parties will exchange by July 6, 2005 the information required by Fed. R. Civ. P. 26(a)(1).

    3.    Discovery Plan. The parties jointly propose to the court the following discovery plan:

        a.    All discovery commenced in time to be completed by April 6, 2006.

        b.    Maximum of 40 interrogatories by each party to another party. (Responses due 30 days after service.)

        c.    Maximum of 40 requests for admissions by each party to any other party. (Responses due 30 days after service.)

   d. Maximum 10 depositions by plaintiff and 10 by defendant/third-party plaintiff and 10 by third-party defendant.

   e. Each deposition is limited to a maximum of 7 hours unless extended by agreement of parties.

   f. Maximum of 40 requests for production by each party to any other party. (Responses due 30 days after service.)

   g. Reports from retained experts under Rule 26(a)(3) due: from plaintiff by December 23, 2005; from the defendant/third-party plaintiff by January 28, 2006 from third-party defendant February 28, 2006.

   h. Supplementation under Rule 26 ( c) due 45 days before the close of discovery.

  4. Other items:

   a. The parties do not request a conference with the court before entry of the scheduling order.

   b. A pretrial conference has been scheduled for_____.

   c. Plaintiff should be allowed until September 26, 2005 to join additional parties and September 28, 2005 to amend the pleadings.

   d. Defendant/third-party plaintiff should be allowed until October 28, 2005 to join additional parties and until October 28, 2005 to amend the pleadings.

   e. Third-party defendant should be allowed until November 28, 2005 to join additional parties and until November 28, 2005 to amend the pleadings.

   f. All potentially dispositive motions should be filed by December13, 2005.

   g. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from all parties 30 days before trial.

   h. Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

   I. This case is set for trial on_____ and at this time is expected to take approximately 3 days.

 Date: June 17, 2005

/s/ Mark N. Chambless
BAR ID: CHA013
Attorney for Plaintiff
Chambless, Math, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230


/s/ Stephen S. Weldon
BAR ID: WEL033
Attorney for Defendant/Third-Party Plaintiff
Scarbrough & Weldon, LLC
P.O. Box 780452
100 Executive Park Drive
Tallassee, Alabama 36078
(334) 283-2893


/s/ Bryan Scott Tyra
TYRAB3992
BAR ID: TYR005
Attorney for Third-Party Defendant
Smith, Spires & Peddy, P.C.
2015 Second Avenue North, Suite 200
Birmingham, Alabama 35203
(205) 251-5885