IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN  DIVISION

| | | |
|---|---|---|
| JACKSON HOSPITAL AND CLINIC, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05-CV-0444-B |
| | ) | |
| CAROL R. BARRETT, | ) | |
| | ) | |
|     Defendant/Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. FOOD SERVICE, INC., et al., | ) | |
| | ) | |
|     Third-Party Defendant. | ) | |

## ORDER

After reviewing the pleadings and *Rule 26(f) Report*, the Court deems it appropriate to convene a Rule 16 scheduling conference prior to entry of a scheduling order.  Counsel should be prepared to discuss all asserted claims and defenses and to file forthwith any amended pleadings which may be necessary in order to clarify and narrow the claims for discovery.

Accordingly, it is **ORDERED** that counsel who expect to try this case shall appear for a Rule 16 scheduling conference **at  2:30 p.m.,  Thursday, July 14, 2005**,  in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, 1 Church Street, Montgomery, Alabama.

DONE this 29th  day of June, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE