IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACKSON HOSPITAL AND CLINIC, | ) |
| Plaintiff, | ) |
| v. | ) 2:05-CV-0444-B |
| CAROL R. BARRETT, | ) |
| Defendant/Third-Party Plaintiff, | ) |
| v. | ) |
| U.S. FOOD SERVICE, INC., et al., | ) |
| Third-Party Defendant. | ) |

**ORDER**

Pursuant to notice this morning from plaintiff's counsel, Mark Chambless, that the parties have now settled this case. It is

**ORDERED** that the scheduling conference set at **2:30 p.m. on Thursday, July 14, 2005**, is hereby **CANCELLED, and all other deadlines for proceedings, disclosures, and filings are hereby terminated.** It is further

**ORDERED** that the parties file a joint stipulation of dismissal on or before **July 25, 2005.**

Done this 12th day of July, 2005.

/s/ Delores R. Boyd

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE