IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACKSON HOSPITAL AND CLINIC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAROL R. BARRETT, | )   CASE NO.  CV05-00444 DRB |
| | ) |
| Defendant/Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| U.S. FOOD SERVICE, INC., et al., | ) |
| | ) |
| Third-Party Defendant. | ) |

**STIPULATION OF DISMISSAL**

The Plaintiff, Jackson Hospital and Clinic, Defendant/Third-Party Plaintiff, Carol R. Barrett, and Third-Party Defendant, U.S. Foodservice Inc., by and through their respective attorneys, hereby stipulate that the Court is to enter an Order dismissing this action with prejudice, costs taxed as paid.

DATED:   July 21, 2005

/s/Mark N. Chambless
BAR ID: CHA013
Attorney for Plaintiff
Chambless, Math, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230

/s/Stephen S. Weldon
BAR ID: WEL033
Attorney for Defendant/Third-Party Plaintiff
Scarbrough & Weldon, LLC
P.O. Box 780452
100 Executive Park Drive
Tallassee, Alabama 36078
(334) 283-2893


/s/Bryan Scott Tyra
TYRAB3992
BAR ID: TYR005
Attorney for Third-Party Defendant
Smith, Spires & Peddy, P.C.
2015 Second Avenue North, Suite 200
Birmingham, Alabama 35203
(205) 251-5885