IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACKSON HOSPITAL AND CLINIC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:05-CV-0444-B ) |
| CAROL R. BARRETT, | ) ) |
| Defendant/Third-Party Plaintiff, | ) ) |
| v. | ) ) |
| U.S. FOOD SERVICE, INC., et al., | ) ) |
| Third-Party Defendant. | ) |

**ORDER**

Pursuant to the *Stipulation of Dismissal* by all parties (Doc. 10, filed July 21, 2005), it is **ORDERED** that this cause is **DISMISSED**, with prejudice, costs taxed as paid.

DONE this 22nd day of July, 2005.

        **/s/ Delores R. Boyd**
        DELORES R. BOYD
        UNITED STATES MAGISTRATE JUDGE